**Dorothy Mae HENDERSON et vir, Appellants,**

v.

**Roger E. WEISSER, Appellee.**

**No. 13.**

Court of Civil Appeals of Texas.

Corpus Christi.

Dec. 19, 1964.

*Carl C. Conley,* Raymondville, for appellants.

*L. E. Stiernberg,* of Carter, Stiernberg, Skaggs & Koppel, Harlingen, for appellee.

GREEN, Chief Justice.

This appeal was from an interlocutory order of the district court of Willacy County, Texas, granting a temporary injunction in a child custody case. A joint motion has been filed with us by all parties stating that since the appeal, the case has been tried on its merits in the trial court, and that all issues involving the present appeal have become moot. Said motion asks that the appeal be dismissed.

This appeal is accordingly ordered dismissed.